UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| Deena Lefkovits, | DOCKET NO.: 1:15-cv-00175-FB-RLM |
| Plaintiff, | |
| vs. | Civil Action |
| ACB Receivables Management, LLC | ORDER |
| Defendant, | |

The motion for admission to practice *pro hac vice* in the above captioned matter is GRANTED, *over plaintiff's objection.*

The admitted attorney, Philip J. Cohen, Esquire, shall be permitted to represent the Defendant ACB Receivables Management, LLC, as counsel in whole or in part, before this Court in this matter.

The Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms the appearance of the admitted attorney in this case.

A notation of the admission *pro hac vice* of Philip J. Cohen, Esquire, in the above listed case will be made on the roll of attorneys.

Dated:

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 9/3/15

United States District Judge

*Mr. Cohen is directed to promptly familiarize himself with the individual Rules of Judge Block and of this magistrate judge.*